**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 09-21119-CIV-MARTINEZ-BROWN**

**OLGA CASTELLANOS,**

**Plaintiff,**

**vs.**

**INNOCO TECHNOLOGY GROUP, INC.,**
**a Florida Corporation, and ANIL K. SHARMA,**
**individually,**

**Defendants.**
_____________________________________________/

**DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF THE TIME PERIOD WITHIN WHICH DEFENDANTS MAY RESPOND TO THE COMPLAINT**

NOW COME Defendants INNOCO TECHNOLOGY GROUP, INC. and ANIL K. SHARMA (hereinafter "Defendants") and, by and through their undersigned counsel, hereby file this Defendants' Unopposed Motion for an Extension of the Time Period Within Which Defendants May to Respond to the Complaint and state as follows:

1. On April 24, 2009, Plaintiff filed the above-styled action against Defendants alleging failure to pay overtime compensation in violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et seq. (the "FLSA").

2. Defendants were served with the Complaint on April 27, 2009.

3. On May 18, 2009, Defendants filed a Motion for an Extension of Time to File Response/Answer, which was granted on May 21, 2009, giving Defendants' until May 28, 2009 within which to file a response to the Complaint.

4. Defendants have been diligently interviewing counsel with respect to responding to the Complaint in this lawsuit.

5. Defendants recently engaged undersigned, but undersigned counsel requires additional time within which to investigate the allegations of the Complaint and prepare an appropriate response. Therefore, Defendants would request an enlargement of time to through and including June 12, 2009 within which to respond to the Complaint.

6. In accordance with Local Rule 7.1.A.3, Defendants' counsel hereby certifies that he has conferred with counsel for Plaintiff regarding this enlargement of time within which to respond to the Complaint and Plaintiff's counsel does not oppose such enlargement of time.

7. For all of the foregoing reasons, Defendants hereby request this honorable Court to grant an enlargement of the time period within which Defendants may respond to the Complaint to through and including June 12, 2009. A proposed Order is attached hereto as required by Local Rule 7.1.A.2.

Respectfully submitted on this 29th day of May 2009.

LAW OFFICES OF
SANTIAGO J. PADILLA, P.A.

By: s/Santiago J. Padilla
Santiago J. Padilla, Esq. (Fla. Bar No. 37478)
E-Mail: sjp@padillalawoffice.com

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Drive, Suite 1704
Miami, Florida 33131
Telephone: (305) 358-1949
Facsimile: (305) 358-2141
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May 2009, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Santiago J. Padilla
Santiago J. Padilla, Esq. (Fla. Bar No. 37478)
E-Mail: sjp@padillalawoffice.com
Attorney for Defendants

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Drive, Suite 1704
Miami, Florida 33131
Telephone: (305) 358-1949
Facsimile: (305) 358-2141

## SERVICE LIST

**Olga Castellanos v. Innoco Technology Group, Inc. and Anil K. Sharma**
**Case No. 09-21119-CIV-Martinez-Brown**
**United States District Court, Southern District of Florida**

Chad E. Levy, Esq.
E-Mail: chad@levylevylaw.com
LEVY & LEVY, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Method of Service: via Notices of Electronic Filing generated by CM/ECF

Christopher J. Whitelock, Esq.
E-Mail: cjwhitelock@bellsouth.net
WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410
Method of Service: via Notices of Electronic Filing generated by CM/ECF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 09-21110-CIV-MARTINEZ-BROWN**

**OLGA CASTELLANOS,**

**Plaintiff,**

**vs.**

**INNOCO TECHNOLOGY GROUP, INC.,**
**a Florida Corporation, and ANIL K. SHARMA,**
**individually,**

**Defendants.**
__________________________________________/

**ORDER**

THIS MATTER is before the Court on the Defendants' Unopposed Motion for an Enlargement of the Time Period Within Which Defendants May Respond to the Complaint. After due consideration, it is hereby,

ORDERED that the Motion is GRANTED. The Defendants shall have until June 12, 2009 to respond to the Complaint.

DONE and ORDERED, this ____ day of ___________ 2009.

________________________________________
JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

cc: Chad E. Levy, Esq.
Christopher J. Whitelock, Esq.
Santiago J. Padilla, Esq.