**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 09-21119-CIV-MARTINEZ-BROWN**

**OLGA CASTELLANOS,**

**Plaintiff,**

**vs.**

**INNOCO TECHNOLOGY GROUP, INC.,**
**a Florida Corporation, and ANIL K. SHARMA,**
**individually,**

**Defendants.**
_____________________________________________/

**JOINT MOTION TO APPROVE SETTLEMENT**
**AGREEMENT AND TO DISMISS CASE WITH PREJUDICE**

NOW COME the parties, Plaintiff OLGA CASTELLANOS ("Plaintiff"), and Defendants INNOCO TECHNOLOGY GROUP, INC. and ANIL K. SHARMA ("Defendants") and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and Local Rule 7.1, Plaintiff and Defendants jointly move this Court for approval of the parties' settlement agreement and for dismissal of the above-styled action with prejudice, without cost and waiving all rights of appeal.

**PRELIMINARY STATEMENT**

In her Complaint, Plaintiff alleged that Defendants failed to pay her overtime compensation in violation the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA"). Defendants deny any wrongdoing under the FLSA and deny that Plaintiff is owed any additional compensation. To avoid the costs and uncertainty of

further litigation, however, the parties have agreed to settle Plaintiff's claims and seek dismissal of this action with prejudice.

**ARGUMENT AND CITATION TO AUTHORITY**

Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised only with the approval of a court or the Secretary of Labor. When the settlement is the result of negotiations between two parties represented by counsel in the context of litigation, "the settlement is more likely to reflect a reasonable compromise of disputed issues." Id. at 1354. In this action, the parties engaged in informal settlement conferences on their own initiative, which led to settlement of this action. Thereafter, the parties negotiated a formal settlement agreement which provides for, among other things, the payment of purported lost wages, liquidated damages, compensatory damages, Plaintiff's attorneys' fees, and Plaintiff's litigation expenses. (See Settlement Agreement and General Release attached hereto as Exhibit "A."). The parties agree that the settlement represents a fair and equitable resolution of this action. The parties also submit that dismissal with prejudice is appropriate as this action has remained a single-plaintiff action and no motion for collective action certification has been made or considered by this Court. A proposed Order is attached to this Motion.

WHEREFORE, the parties respectfully request that this Court enter an Order granting the instant Motion in its entering, its Order approving the terms of the settlement of Plaintiff's FLSA and dismissing this case with prejudice, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted on this 12th day of June 2009.

By: s/Chad E. Levy
Chad E. Levy, Esq. (Fla. Bar No. 0851701)
E-Mail: chad@levylevylaw.com

LEVY & LEVY, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5722
Facsimile: (954) 763-5723

and

Christopher J. Whitelock, Esq. (Florida Bar No. 067539)
E-Mail: cjwhitelock@bellsouth.net
WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410

Attorneys for Plaintiff

By: s/Santiago J. Padilla
Santiago J. Padilla, Esq. (Fla. Bar No. 37478)
E-Mail: sjp@padillalawoffice.com

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Drive, Suite 1704
Miami, Florida 33131
Telephone: (305) 358-1949
Facsimile: (305) 358-2141

Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June 2009, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Santiago J. Padilla
Santiago J. Padilla, Esq. (Fla. Bar No. 37478)
E-Mail: sjp@padillalawoffice.com
Attorney for Defendants

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Drive, Suite 1704
Miami, Florida 33131
Telephone: (305) 358-1949
Facsimile: (305) 358-2141

**SERVICE LIST**

**Olga Castellanos v. Innoco Technology Group, Inc. and Anil K. Sharma**
**Case No. 09-21119-CIV-Martinez-Brown**
**United States District Court, Southern District of Florida**

Chad E. Levy, Esq.
E-Mail: chad@levylevylaw.com
LEVY & LEVY, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Method of Service: via Notices of Electronic Filing generated by CM/ECF

Christopher J. Whitelock, Esq.
E-Mail: cjwhitelock@bellsouth.net
WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410
Method of Service: via Notices of Electronic Filing generated by CM/ECF