UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 09-21119-CIV-MARTINEZ-BROWN**

OLGA CASTELLANOS,
Plaintiff,

vs.

INNOCO TECHNOLOGY GROUP, INC., a Florida corporation, and ANIL K. SHARMA, individually,
Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice **(D.E. No. 12)**. After careful consideration of the Settlement Agreement as required by *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), the Court finds the Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute. Therefore, it is hereby:

**ORDERED and ADJUDGED** that

1. The parties' Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice **(D.E. No. 12)** is **GRANTED**.

2. This action is **DISMISSED with prejudice**. This Court shall retain jurisdiction to enforce the terms of the settlement agreement.

3. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of June, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record